

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

**MEMO ENDORSED**                    (212) 416-6173

November 5, 2007

Hon. Gerard E. Lynch
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**SO ORDERED**

*[signature]*

GERARD E. LYNCH, U.S.D.J.
11/6/07

          Re: <u>Boutte v. Poole</u>, 07-CV-08412 (GEL)

Your Honor:

          I am an Assistant Attorney General in the office of Andrew
M. Cuomo, Attorney General of the State of New York, attorney for
respondent in the above-referenced matter.  By Order dated
September 27, 2007, Your Honor directed that respondent file a
response to the petition along with the state court record by
November 5, 2007.  The Clerk's Office served that Order and a
copy of the petition on my office in an envelope postmarked
October 30, 2007.  This matter was assigned to me on November 2,
2007.  This letter is to request an <u>extension of time until
January 31, 2008 to respond to the petition.</u>

          I am seeking an extension for three reasons.  First, because
of the delay in getting served with the petition, my office is
only ordering the state court record and pertinent transcripts
today.  Without these materials, I cannot adequately respond to
the petition.  Second, I have been designated to respond to eight
other petitions that pre-date Mr. Boutte's petition.  Four
responses are due this month, and four are due in December.
And, I have been designated to draft an appellee's brief in
connection with an appeal pending in the United States Court of
Appeals for the Second Circuit.  Third, I am in the process of
finalizing family vacation plans with my seven year-old son for
the school winter break in late December through New Year's week.



120 Broadway, New York, NY 10271 • Fax (212) 416-8010

Hon. Gerard E. Lynch
November 5, 2007
Page 2


        For these reasons, I respectfully request an enlargement of
time to file a response to the petition.   I have spoken to
Michael H. Sporn, Esq., counsel for petitioner, who consents to
respondent's first request for an enlargement of time.
Although respondent is requesting an enlargement to January 31,
2008 to file a response, if a response can be filed earlier, it
will be.

        Thank you for your consideration.

                        Respectfully submitted,

                        Thomas B. Litsky (TL-8976)
                        Assistant Attorney General
                        120 Broadway
                        New York, NY 10271


cc: Michael H. Sporn, Esq.
    Law Office of Michael H. Sporn
    299 Broadway, Suite 800
    New York, NY 10007