



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08
```

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

(212) 416-6173

January 31, 2008

Hon. Gerard E. Lynch
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RECEIVED
JAN 3 1 2008
CHAMBERS OF
GERARD E. LYNCH

Re: <u>Boutte v. Poole</u>, 07-CV-08412 (GEL)

Your Honor:

I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced matter. This letter is to request a second <u>enlargement of time to April 30, 2008</u>, on consent, <u>to respond to the petition</u>. The reason for this request ]* is that I do not have the transcript of petitioner's second trial.

By Order dated September 27, 2007, Your Honor directed that respondent file a response to the petition along with the state court record by November 5, 2007. The Clerk's Office served that Order and a copy of the petition on my office in an envelope postmarked October 30, 2007. This matter was assigned to me on November 2, 2007. By Order dated November 19, 2007, Your Honor granted respondent's first request for an extension of time until January 31, 2008 to respond to the petition. On November 5, 2007, my office requested the trial transcript. On December 24, 2007, we received the transcript of petitioner's first trial where a mistrial was declared, but not a transcript of petitioner's second trial. We are actively attempting to get a copy of the trial transcript from petitioner's second trial. Without the this transcript, I cannot adequately respond to the petition.

\* SO ORDERED

*/s/ Gerard E. Lynch*

GERARD E. LYNCH, U.S.D.J.

1/31/08

120 Broadway, New York, NY 10271 • Fax (212) 416-8010

Hon. Gerard E. Lynch
January 31, 2008
Page 2

    For this reason, I respectfully request an enlargement of time to April 30, 2008, to file a response to the petition. I have spoken to Michael H. Sporn, Esq., counsel for petitioner, who consents to respondent's second request for an enlargement of time.

    Although respondent is requesting an enlargement to April 30, 2008 to file a response, if a response can be filed earlier, it will be.

    Thank you for your consideration.

Respectfully submitted,

*Thomas B. Litsky*
Thomas B. Litsky (TL-8976)
Assistant Attorney General
120 Broadway
New York, NY 10271


cc: Michael H. Sporn, Esq.
    Law Office of Michael H. Sporn
    299 Broadway, Suite 800
    New York, NY 10007