


MEMO ENDORSED

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

(212) 416-6173

April 30, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

BY FACSIMILE AND REGULAR MAIL

Hon. Gerard E. Lynch
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

   Re: Boutte v. Poole, 07-CV-08412 (GEL)

Your Honor:

   I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced matter. This letter is to request an enlargement of time to May 23, 2008, on consent, to respond to the petition.

   After a near three-month hospital stay in the Intensive Care and Palliative Care Units, my mother died last week. The funeral was April 22, 2008. As a consequence of having to attend to family matters, including my elderly father, I missed work and had difficulty completing respondent's papers. Additional time is required to brief the issues for Your Honor's consideration, including an Apprendi claim. I am actively working on respondent's papers and would be grateful if Your Honor would grant a final extension to May 23, 2008 for the filing of respondent's papers.  ]*

SO ORDERED

*signature*
GERARD E. LYNCH, U.S.
4/30/08

120 Broadway, New York, NY 10271 • Fax (212) 416-8010

APR-30-2008 14:39                                                                                         P.02

Hon. Gerard E. Lynch
April 30, 2008
Page 2

    I spoke with petitioner's counsel, Michael H. Sporn, Esq. and he consents to this request.

    Thank you for your consideration.

                                Respectfully submitted,

                                Thomas B. Litsky (TL-8976)
                                Assistant Attorney General
                                120 Broadway
                                New York, NY 10271

cc:    BY FACSIMILE AND FIRST CLASS MAIL
       Michael H. Sporn, Esq.
       Law Office of Michael H. Sporn
       299 Broadway, Suite 800
       New York, NY 10007