**MICHAEL H. SPORN**
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

June 26, 2008

By Facsimile # (212) 805-0436

Hon. Gerard E. Lynch
United States District Judge
Southern District of New York
New York, New York 10007



Re: <u>Raymond Boutte v. Thomas Poole</u>
  07-CV 8412 (GEL)

Dear Judge Lynch:

    This letter is respectfully submitted on behalf of the Petitioner to request an extension of time to submit a response to the Respondent's Memorandum of Law. After extensions were granted, on consent, for Respondent to file papers, there was no date certain set for my response, and I have inadvertently let the time go. I would appreciate the opportunity to <u>respond</u> within 30 days, or <u>no later than Monday, July 28, 2008</u>. The attorney for the Respondent consents to this request.   ]*

Respectfully yours,

Michael H. Sporn

MHS/ss
Cc: Thomas Litsky, Esq. (By Facsimile # 212 416-8010)

\* Granted. There will be **no** further extensions.

SO ORDERED

GERARD E. LYNCH, U.S.D.J.

6/26/08