UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAYMOND BOUTTE,

                Petitioner,

   -against-

THOMAS POOLE, Superintendent,

                Respondent.
-------------------------------------------------------------X

07 CIVIL 8412 (GEL)

**JUDGMENT**

**SCANNED**

A petition for habeas corpus having been submitted to the Honorable Gerard E. Lynch, United States District Judge, and the Court, on August 4, 2008, having rendered its Opinion and Order denying the petition, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 4, 2008, the petition for a writ of habeas corpus is denied; the Court finds that because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue; Petitioner may, however, pursue any further appellate remedies in forma pauperis.

**DATED:** New York, New York
            August 5, 2008

                          **J. MICHAEL McMAHON**
                              Clerk of Court

          **BY:**
                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____